UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:21-CR-370-1FL(4)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | I N D I C T M E N T |
| | ) | |
| CHRISTOPHER KEVIN MORRIS | ) | |
| | ) | |

The Grand Jury charges:

Beginning on or about July 27, 2021 and continuing until on or about September 25, 2021, in the Eastern District of North Carolina and elsewhere, the defendant, CHRISTOPHER KEVIN MORRIS, with the intent to harass and intimidate another person, K.L., used an interactive computer service, electronic communication service, electronic communication service of interstate commerce, and a facility of interstate and foreign commerce, to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to K.L., to wit: sending emails from spoofed accounts to K.L. and others alleging K.L. is a child molester, calling K.L. a "queer" and a "piece of dog shit," asserting that K.L. was beat up a lot in high school, creating a fake LinkedIn.com account purporting to be K.L. that describes K.L. as a child molester and rapist, and

1

creating a fake GitHub.com account purporting to be K.L. that describes K.L. as a sexual deviant who "love[s] having sex with small children" and used that account to publicly post source code owned by K.L.'s employer, all in violation of Title 18, United States Code, Sections 2261A(2)(B) and 2261(b)(5).

A TRUE BILL

**REDACTED VERSION**

Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

FOREPERSON

_10 - 5 - 2021_

DATE

G. NORMAN ACKER, III
Acting United States Attorney

BY: BRADFORD M. DEVOE
Assistant United States Attorney

2